## ALBERT Y. DAYAN  　80-02 Kew Gardens Rd., # 902, Kew Gardens, N.Y. 11415
### Attorney at Law  　　Tel: (718) 268-9400:　Fax: (718) 268-9404

April 20, 2015

Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

　　Re:　United States v. Mayer Gindi
　　　　　Criminal Docket No. 11-CR-347 (SLT)

Dear Judge Townes:

　　I respectfully submit this letter on behalf of the defendant, Mayer Gindi. Your Honor, due to technical computer issue, I am kindly asking for an extension of twenty-four hours to re-type a document that is a necessary part of the Motion that is due today Monday, April 20, 2015.

　　I have contacted AUSA Marisa Seifan who has no objection to this request.

　　Thank you Your Honor.

　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　Albert Y. Dayan
　　　　　　　　　　　　　　　　Attorney at Law

cc.　Marisa Megur Seifan
　　　Assistant U.S. Attorney